**Opinion issued August 30, 2018**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-18-00634-CV

———————————

### IN RE STEVE HEBERT, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relator, Steve Hebert, has filed a petition for writ of mandamus, seeking to set aside the trial court's order denying his "Motion to Expunge Lis Pendens."[1]

We **deny** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

---

[1]    The underlying case is *Charles D. Snider, Jr., Trustee of the SF Revocable Living Trust I v. Steve Hebert*, cause number 2017-44445, pending in the 190th District Court of Harris County, Texas, the Honorable Debra Ibarra Mayfield presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.